FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MOUNTAIN VIEW ORCHARDS, a Montana business, CHARLES L. SWANSON, a married man,<br><br>    Plaintiffs,<br><br>v.<br><br>NORTHWEST WHOLESALE INC., a Washington Corporation, and John Does I through V,<br><br>    Defendants. | No.   2:21-cv-00098-SMJ<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulation to Dismiss with Prejudice, ECF No. 31. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

1. The parties' Stipulation to Dismiss with Prejudice, **ECF No. 31**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 4th day of March 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2